UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMBERLY M. O'NEAL,<br><br>      Plaintiff,<br><br>v.<br><br>KING COUNTY and KING COUNTY SOUND TRANSIT LIGHT RAIL and JOHN AND JANE DOES 1-10,<br><br>      Defendants. | No. 2:24-cv-00682-RSL<br><br>STIPULATED MOTION AND ORDER TO EXTEND TRIAL DATE AND REMAINING RELATED DEADLINES |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff Kimberly M. O'Neal and Defendant King County and King County Metro Transit (collectively, the "Parties") submit this stipulated motion to extend the remaining case deadlines in the Court's Order Setting Trial Date & Related Dates (Dkt. #11; the "Case Scheduling Order").

## I.  AUTHORITY

Under Federal Rule of Civil Procedure 16(b)(4), the Court may amend a scheduling order upon a showing of good cause. To date, the Parties have engaged in cooperative efforts to complete discovery, including exchanging expert reports, written interrogatories, and requests for production. Good cause exists to continue the Case Scheduling Order because both Parties require additional time to conduct depositions and complete discovery beyond the current deadline. In

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL DATE AND REMAINING RELATED
DEADLINES - 1
No. 2:24-cv-00682-RSL

addition, the Parties have scheduling conflicts, that would make an extension of shorter duration difficult, including trial sin other cases scheduled to begin on September 22, October 6, November 3, November 10, December 8, and January 5

## II. **STIPULATION**

For the reasons stated above, the Parties respectfully request that the Court extend the remaining case scheduling deadlines in the Case Scheduling Order, as follows:

| Case Event | Current Event Date | Proposed Amended Date |
|---|---|---|
| Discovery completed by | May 12, 2025 | November 10, 2025[1] |
| Settlement conference held no later than | May 27, 2025 | November 25, 2025 |
| All dispositive motions must be filed by and noted on the motion calendar for no earlier than twenty-eight days after filing (see LCR 7(d)(4)) | June 10, 2025 | December 9, 2025 |
| All motions in limine must be filed by an noted on the motion calendar for no earlier than fourteen days after filing. Replies will be accepted | August 11, 2025 | February 9, 2026 |
| Agreed pretrial order due | August 27, 2025 | February 25, 2026 |
| Trial briefs and trial exhibits due | September 3, 2025 | March 4, 2026 |
| Trial Date | September 8, 2025 | March 9, 2026 |

---

[1] All motions related to discovery must be noted on the motion calendar pursuant to LCR7(d) or LCR 37(a)(2) no later than the Friday before discovery closes.

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL DATE AND REMAINING RELATED
DEADLINES - 2
No. 2:24-cv-00682-RSL

STIPULATED to this 24th day of April, 2025.

| | |
|---|---|
| PACIFICA LAW GROUP LLP | PACIFIC JUSTICE INSTITUTE |
| *s/ Ian D. Rogers* | *s/ Harold H. Franklin, Jr.* |
| Ian D. Rogers, WSBA #46584 | Harold H. Franklin, Jr., WSBA #20486 |
| Zachary J. Pekelis, WSBA #44557 | Tracy Tribbett, WSBA #35922 |
| Luther Reed-Caulkins, WSBA #62513 | Attorney for Plaintiff |
| Special Deputy Prosecuting Attorneys for Attorneys for Defendants King County and King County Metro Transit | |

IT IS SO ORDERED.

DATED this day of 25th, 2025.

Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
TRIAL DATE AND REMAINING RELATED
DEADLINES - 3
No. 2:24-cv-00682-RSL